Opinion issued May 17, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00667-CV






KIMBERLY LYNN NAFEHA, Appellant


V.


BASSAM JOSEPH NAFEHA, Appellee






On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 2006-02658






MEMORANDUM OPINION Appellant Kimberly Lynn Nafeha has failed to timely file a brief. See Tex. R.
App. P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal
was subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.